IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CRIMINAL NO. C-14-96-2 |
| | § |
| ROBERTO SANTANA MEARS | § |

## ORDER ACCEPTING GUILTY PLEA

Now before the Court is the Findings and Recommendation of the United States Magistrate Judge Jason B. Libby containing his recommendation (1) that this Court adopt his findings that the Defendant's guilty plea in the above-styled and numbered cause was knowingly and voluntarily entered, with a full understanding of the consequences of the plea and the constitutional rights being waived, and that the plea was supported by an adequate basis in fact; (2) that the Court accept the Defendant's guilty plea; and (3) that the Court adjudge the Defendant guilty of the offense charged in Count Two of the Indictment. (D.E. 88.)

On April 4, 2014, the Magistrate Judge, by designation and referral of this Court (pursuant to the authority of 28 U.S.C. § 636(b)(3) and this Court's standing order of referral) and with the consent of the parties, conducted the re-arraignment and guilty plea colloquy of the Defendant, Roberto Santana Mears.  The Indictment charged the Defendant with having committed the following offense:

### Count Two

On or about October 3, 2013, in the Southern District of
Texas and within the jurisdiction of the Court, Defendant,

Roberto Santana Mears,

> did knowingly make a false statement or representation to Houston Cutlery, LLC in Houston Gun Shop, Houston, Texas, a business licensed under the provisions of Chapter 44 of Title 18 United States Code, with respect to the information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Houston Cutlery, LLC Houston Gun Shop, in Houston, Texas, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, in which the defendant, answered "yes" to question 11a of Form 4473 which asked, "Are you the actual transferee/buyer of the firearm listed on this form?" Whereas, in truth and in fact, the answer was no.
> In violation of Title 18, United States Code, Sections, 924(a)(1)(A) and 924 (a)(1)(D).

(D.E. 33). After being placed under oath and advised of the charge against him, as well as his right to a jury trial and the consequences of entering a plea of guilty, the Defendant entered a plea of guilty to Count Two of the Indictment.

More than fourteen days have passed since the parties, respectively, were served with the Magistrate Judge's Findings and Recommendation, and no party has filed objections. The Court regards such omission as the parties' agreement with and acceptance of the Magistrate Judge's findings. When no timely objection to a magistrate judge's findings and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's findings and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)); *United States v. Rivas*, 85 F.3d 193, 194 (5th Cir. 1996).

In the case at hand, the Court is of the opinion that the Magistrate Judge's Findings and Recommendation is supported by the record and that there is no clear error. Furthermore, the Court finds that the Defendant, Roberto Santana Mears, is fully competent and capable of entering an informed plea; that he is aware of the nature of the charge made against him, the

2

consequences of his plea, and the nature of the constitutional rights that he is waiving; that his plea of guilty is a knowing and voluntary plea that did not result from force, threats, or promises (other than promises in a plea agreement); and that it is supported by an independent basis in fact containing each of the essential elements of the offense with which he is charged.

**THEREFORE**, the Court **ADOPTS** the Magistrate Judge's findings as its own, **ACCEPTS** Defendant's plea of guilty, and **ADJUDGES** the Defendant, Roberto Santana Mears, guilty as charged in Count Two of the Indictment.

**ORDERED** this 21st day of April 2014.

_____
**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**